# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FurnitureDealer.net, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com, Inc., and COA, Inc.<br>d/b/a Coaster Company of America,<br><br>Defendants. | Civil No. 18-cv-0232 (JRT/HB)<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

The Court conducted scheduling conferences with counsel on August 21, 2020 and August 28, 2020, regarding a schedule for the case going forward. Based on all of the files and proceedings herein, including the parties' Joint Proposal to Amend Scheduling Order (ECF No. 299), and for good cause shown,

**IT IS HEREBY ORDERED** that the Pretrial Scheduling Order (ECF No. 57), as amended (ECF Nos. 74, 82, 90, 129, 214, 215), is further **AMENDED** as follows:

| Event | New Date |
|---|---|
| Completion of Fact Witness Depositions | 10/02/2020 |
| Deadline for Private Mediation | 09/23/2020 |
| Deadline for Identification of Initial Experts | 10/02/2020 |
| Deadline for Initial Expert Disclosures | 10/16/2020 |
| Deadline for Identification of Rebuttal Experts | 10/30/2020 |
| Deadline for Rebuttal Expert Disclosures | 11/20/2020 |
| Deadline for Rebuttal Expert Disclosure on Damages Limitation Issues | 12/11/2020 |

| Event | New Date |
|---|---|
| Completion of All Expert Discovery (including expert depositions)[1] | 01/08/2021 |
| Deadline to File Non-Dispositive Motions Related to Expert Discovery | 01/08/2021 |
| Deadline to File Dispositive Motions[2] | 02/01/2021 |
| Trial Ready Date | 05/03/2021 |

All remaining provisions and dates in the Pretrial Scheduling Order (ECF No. 57), as amended (ECF Nos. 74, 82, 90, 129, 214, 215), remain in effect.

Date:  September 1, 2020         s/ *Hildy Bowbeer*
                                 HILDY BOWBEER
                                 United States Magistrate Judge

---

[1]   Because of the relatively short time between the last deadline for rebuttal disclosures and the deadline for completion of expert depositions, as well as the intervening holidays, the Court expects the parties to cooperate in the scheduling of expert depositions in order to meet this deadline, including, where appropriate, the scheduling of some expert depositions before all expert reports have been served.

[2]   The parties shall call Chief District Judge John R. Tunheim's chambers shortly before filing their dispositive motions to obtain a hearing date, and shall include that hearing date in the notice of motion.  All dispositive motions and supporting documentation (notice of motion, motion, exhibits, affidavits, memorandum of law, and proposed order) must be served and filed by the moving party on or before the dispositive motion deadline set above.  All dispositive motions must comply with Local Rule 7.1.  Responses to dispositive motions shall be filed with the Court and served on or before **21 days** after the service of the supporting memorandum to the original motion.  Replies to responsive briefs shall be served and filed **14 days** after the service of the response to the dispositive motion.