UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FurnitureDealer.net Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon.com, Inc., and COA, Inc. d/b/a Coaster Company of America, <br><br> Defendant. | Civil No. 18-cv-0232 (JRT/HB) <br><br><br> **ORDER ON JOINT PROPOSAL TO AMEND SCHEDULING ORDER** |

This matter is before the Court on the Joint Proposal to Amend Scheduling Order (ECF No. 335), submitted by the parties, following private mediation with Hesha Abrams of Hesha Abrams Mediation, LLC, on September 23, 2020, and following subsequent receipt of a mediator's proposal from Ms. Abrams. Based on the Joint Proposal and all of the files and proceedings herein, and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Proposal is **APPROVED** and the Pretrial Scheduling Order (ECF No. 57), as amended (ECF Nos. 74, 82, 90, 129, 214, 215, 312, 331), is further **AMENDED** as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline for Amazon to Respond to FurnitureDealer's Motion to Compel, ECF No. 320 | 10/13/2020 | 10/27/2020 |
| Completion of Fact Witness Depositions | 10/16/2020 | 10/30/2020 |
| Deadline for Identification of Initial Experts | 10/16/2020 | 10/30/2020 |
| Hearing on Plaintiff's Motion to Compel (ECF No. 334) | 10/26/2020 | Based on the Court's availability |

| Event | Current Date | New Date |
|---|---|---|
| Deadline for Initial Expert Disclosures | 10/30/2020 | **11/13/2020** |
| Deadline for Identification of Rebuttal Experts | 11/13/2020 | **11/30/2020** |
| Deadline for Rebuttal Expert Disclosures | 12/11/2020 | **01/8/2021** |
| Deadline for Rebuttal Expert Disclosure on Damages Limitation Issues | 01/08/2021 | **01/29/2021** |
| Completion of All Expert Discovery (including expert depositions) | 01/22/2021 | **02/12/2021** |
| Deadline to File Non-Dispositive Motions Related to Expert Discovery | 01/22/2021 | **02/12/2021** |
| Deadline to File Dispositive Motions | 02/15/2021 | **03/5/2021** |
| Trial Ready Date | 05/03/2021 | **06/07/2021** |

All other provisions of the Pretrial Scheduling Order (ECF No. 57), as amended (ECF Nos. 74, 82, 90, 129, 214, 215, 312, 331), remain in effect.

Dated:  October 13, 2020           s/ *Hildy Bowbeer*
                                   HILDY BOWBEER
                                   United States Magistrate Judge