UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FurnitureDealer.net, Inc.,

          Plaintiff,

v.

Amazon.com, Inc., and COA, Inc.
d/b/a Coaster Company of America,

          Defendants.

Civil No. 18-cv-0232 (JRT/HB)

**ORDER ON JOINT PROPOSAL TO AMEND SCHEDULING ORDER**

This matter is before the Court on the Joint Proposal to Amend Scheduling Order (ECF No. 353). The parties agreed to engage in private mediation on September 23, 2020. In order to allow the parties to focus on settlement negotiations, they agreed to delay the scheduling of remaining fact depositions. Based on all of the files and proceedings herein, including the parties' Joint Proposal to Amend Scheduling Order (ECF No. 353), and for good cause shown,

**IT IS HEREBY ORDERED** that the Pretrial Scheduling Order (ECF No. 57), as amended (ECF Nos. 74, 82, 90, 129, 214, 215, 312, 331, 337), is further **AMENDED** as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Completion of Fact Witness Depositions | 10/30/2020 | 11/06/2020 |
| Deadline for Identification of Initial Experts | 10/30/2020 | 11/06/2020 |
| Hearing on Plaintiff's Motion to Compel (ECF No. 334) | 11/13/2020 | No Change |
| Deadline for Initial Expert Disclosures | 11/13/2020 | 11/20/2020 |
| Deadline for Identification of Rebuttal Experts | 11/30/2020 | 12/07/2020 |

| Event | Current Date | New Date |
|---|---|---|
| Deadline for Rebuttal Expert Disclosures | 01/08/2021 | 01/15/2021 |
| Deadline for Rebuttal Expert Disclosure on Damages Limitation Issues | 01/29/2021 | 02/05/2021 |
| Completion of All Expert Discovery (including expert depositions) | 02/12/2021 | 02/19/2021 |
| Deadline to File Non-Dispositive Motions Related to Expert Discovery | 02/12/2021 | 02/19/2021 |
| Deadline to File Dispositive Motions | 03/05/2021 | 03/12/2021 |
| Trial Ready Date | 05/24/2021 | 06/01/2021 |

All remaining provisions and dates in the Pretrial Scheduling Order (ECF No. 57), as amended (ECF Nos. 74, 82, 90, 129, 214, 215, 312, 331, 337), remain in effect.

Date: November 3, 2020

    s/ *Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge