### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

### MOTION HEARING

| | |
|---|---|
| FurnitureDealer.net, Inc., | **COURT MINUTES – CIVIL** |
| | BEFORE: Hildy Bowbeer |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No.: 18-cv-0232 (JRT/HB) |
| | Date: November 13, 2020 |
| Amazon.com, Inc., and COA, Inc., dba | Courthouse: St. Paul |
| Coaster Company of America, | Courtroom: n/a (by videoconference) |
| | Court Reporter: Deb Beauvais |
| Defendants. | Time in Court: 10:03–11:54 a.m. |

**APPEARANCES:**

For FurnitureDealer.net, Inc.:  John Harting, Christopher Larus
For Amazon.com, Inc.:  Joseph Gratz, Vera Ranieri, Adam Steinert, Samuel Zeitlin
For COA, Inc., dba Coaster Company of America:  Holley Horrell, Mark Nielsen

**PROCEEDINGS:**

The Court held a motion hearing on FurnitureDealer.net, Inc.'s Motion to Compel Defendant Amazon to Produce a Complete Response to Interrogatory No. 2 and Produce Documents Related to its Automated Web Scraping Software [Doc. No. 320].

Ruling from the Bench for the reasons stated fully on the record,
1. The Court **DENIED** FurnitureDealer.net, Inc.'s request to compel Amazon to supplement its response to Interrogatory No. 2 with regard to whether each product description was utilized; and
2. The Court **DENIED** FurnitureDealer.net, Inc.'s request to compel Amazon to produce automated web scraping software and related documentation.

The Court took under advisement FurnitureDealer.net, Inc.'s request to compel Amazon to supplement its response to Interrogatory No. 2 to include information relating to Amazon's product detail pages distributed to consumers outside of the U.S. marketplace. The Court will issue a written order on this aspect of the motion.

**The hearing transcript shall be filed under temporary seal and will remain sealed until further order of the Court.** Amazon will promptly order the transcript and within

2

fourteen days of its receipt will file either a motion to seal specific portions of the transcript or a letter that no redactions are needed.

*s/Adrienne Meyers*
Judicial Law Clerk