# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FURNITUREDEALER.NET, INC., <br><br>                     Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., and COA, INC. DBA COASTER COMPANY OF AMERICA, <br><br>                     Defendants. | Civil Action No. 0:18-cv-00232 (JRT/HB) <br><br> **DEFENDANTS AMAZON.COM, INC. AND COA, INC. DBA COASTER COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S 17 U.S.C. § 1202 CLAIM** |

Defendants Amazon.com, Inc. ("Amazon") and COA, Inc. dba Coaster Company of America ("Coaster") move this for Court for summary judgment on Plaintiff FurnitureDealer.Net, Inc.'s 17 U.S.C. § 1202 claim (Count IV of the First Amended Complaint, ECF No. 6).

This motion is made pursuant to Federal Rule of Civil Procedure 56 and is based on all the pleadings, files, records and proceedings herein, all supporting documents filed with this motion, and the arguments of counsel.

Dated:  May 14, 2021                                    DURIE TANGRI LLP

By:  /s/ Joseph C. Gratz
Adam R. Steinert (#0389648)
asteinert@fredlaw.com
Laura L. Myers (#0387116)
lmyers@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000

Joseph C. Gratz (*pro hac vice*)
jgratz@durietangri.com
Vera Ranieri (*pro hac vice*)
vranieri@durietangri.com
Samuel J. Zeitlin (*pro hac vice*)
szeitlin@durietangri.com
**DURIE TANGRI LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

Allyson R. Bennett (*pro hac vice*)
abennett@durietangri.com
Moon Hee Lee (*pro hac vice*)
mlee@durietangri.com

**DURIE TANGRI LLP**
953 East 3rd Street
Los Angeles, CA 90013
Telephone: (213) 992-4499

*Attorneys for Defendant*
*Amazon.com, Inc.*

Dated:  May 14, 2021             CISLO & THOMAS LLP

By: _____*/s/ Daniel M. Cislo*_____
   Daniel M. Cislo (admitted *pro hac vice*)
   dancislo@cislo.com
   Kelly W. Cunningham (admitted *pro hac vice*)
   kcunningham@cislo.com
   Mark D. Nielsen (admitted *pro hac vice*)
   mnielsen@cislo.com
   Peter S. Veregge (admitted *pro hac vice*)
   pveregge@cislo.com
   **CISLO & THOMAS LLP**
   12100 Wilshire Blvd., Suite 1700
   Los Angeles, CA 90025
   Telephone:   (310) 451-0647

   Rebecca Makitalo (admitted *pro hac vice*)
   rmakitalo@cislo.com
   **CISLO & THOMAS LLP**
   2829 Townsgate Road, Suite 330
   Westlake Village, CA 91361
   Telephone:   (805) 496-1164

   Holley C. Horrell (#399636)
   hhorrell@greeneespel.com
   Anna M. Tobin (#395706)
   ATobin@greeneespel.com
   **GREENE ESPEL PLLP**
   222 South Ninth Street, Suite 2200
   Minneapolis, MN  55402
   Telephone:   (612) 373-0830

   *Attorneys for Defendant*
   *COA, Inc. dba Coaster Company of America*

2